ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 16-1369C

(Filed: December 14, 2016)

| | |
|---|---|
| RICHIE MAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

FILED

DEC 14 2016

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On October 20, 2016, plaintiff, Richie Mayes, submitted a complaint to the clerk of this court but neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. The complaint was nonetheless filed. On November 21, 2016, the court issued an order to show cause by December 5, 2016 why the case should not be dismissed for failure to pay the filing fee. Mr. Mayes has not paid the fee or responded to the court's order to show cause. Under these circumstances, the case shall be DISMISSED for failure to pay the filing fee. The clerk is directed to enter judgment in accord with this disposition.

It is so ORDERED.

Charles F. Lettow
Judge

7014 1200 0000 9093 5395